# UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)
1st amended plan

DEBTOR: Orlando Benitez          JOINT DEBTOR: _____          CASE NO.: 14-28324-RAM
Last Four Digits of SS# 1463          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 310.19 for months 1 to 60 ; in order to pay the following creditors:

<u>Administrative:</u>    Attorney's Fee - $ 3650 + $775 (Motion to Value) = 4425 TOTAL PAID $ 1800
    Balance Due    $ 2625 payable $ 262.50/month (Months 1 to 10)

<u>Secured Creditors:</u> [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None _____          Arrearage on Petition Date $ _____
Address: _____          Arrears Payment     $ _____/month (Months ___ to ___)
_____          Regular Payment    $ _____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Real Time Resolutions | 18820 NW 57 Avenue #301, Hialeah, FL 33015  $135,000.00 | 0% | $0.00 | N/a | Strip off Mortgage |

<u>Priority Creditors:</u> [as defined in 11 U.S.C. §507]

1. None _____          Total Due $ _____
    Payable     $ _____/month (Months ___ to ___) Regular Payment $ _____

<u>Unsecured Creditors:</u> Pay $ 16.66/month (Months 1 to 10) and Pay $ 279.16/month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Ocwen Loan Servicing and Villa Rustica Condominium Association, Inc. and will continue to pay said creditor directly outside the chapter 13 payment plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X _____ Debtor          _____ Joint Debtor
Date: 10-9-14          Date: _____

LF-31 (rev. 01/08/10)